IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD KYLE REEVES, #255 472, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:17-CV-825-WHA |
| | ) | |
| DOCTOR TAHIR SIDDIQ, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On June 5, 2018, the Magistrate Judge filed a Recommendation to which no timely objection have been filed. Doc. 18. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case be and is hereby DISMISSED as follows:

1. Defendant's motion to dismiss (Doc. 16) is GRANTED to the extent Defendant seeks dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy prior to initiating this cause of action.

2. This case is DISMISSED without prejudice under 42 U.S.C. § 1997e(a) for Plaintiff's failure to properly exhaust an administrative remedy before seeking relief from this court.

3. No costs are taxed.

A Final Judgment will be entered separately.

Done, this 28th day of June 2018.

    /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE